In the Matter of a Judgment Recovered by EZEKIEL FLEMING, Respondent, *v.* EDGAR H. NIXON et al., EMMA K. TOURGEE, Appellant.

(Argued November 29, 1892; decided December 13, 1892.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 23, 1891, which affirmed an order of Special

Term denying a motion to set aside orders of the special county judge of Chautauqua county in supplementary proceedings.

*Adelbert Moot* for appellant.

*B. A. Barlow* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.